IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER,       )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>SIBLEY G. REYNOLDS,          )<br>                             )<br>     Defendant.             )  | CIVIL ACTION NO.<br>2:15cv266-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting claims for false imprisonment, fraud, misrepresentation, deceit, and suppression against the defendant Judge Sibley G. Reynolds based on an overturned conviction. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to proceed in forma pauperis be denied and the case be dismissed without prejudice. Also before the court are the plaintiff's objections to the recommendation. After an independent and de novo

review of the record, the court concludes that magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of May, 2015.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**