IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER,    )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>SIBLEY G. REYNOLDS,       )<br>                          )<br>    Defendant.            ) | CIVIL ACTION NO.<br>  2:15cv266-MHT<br>       (WO) |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 3) is adopted.

(2) Plaintiff's objections (doc. no. 4) are overruled.

(3) Plaintiff's motion to proceed in forma pauperis (doc. no. 2) is denied.

(4) This case is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff Frazier, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 8th day of May, 2015.**

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE